**THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **3:26-CR-171** |
| | : | **(JUDGE MARIANI)** |
| **WALNEL MORDAN SOTO** | : | |

**ORDER**

**AND NOW, THIS 8TH DAY OF OCTOBER 2026,** upon consideration of Defendant's Motion to Revoke Detention Order and for Pretrial Release (Doc. 16), as well as the parties' corresponding briefing, **IT IS HEREBY ORDERED THAT**:

1. The Motion to Revoke Detention Order (Doc. 16) is **DENIED**.
2. The Court's prior Order of Detention (Doc. 14) is **AFFIRMED.**

Robert D. Mariani
United States District Judge